# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **HOBBY LOBBY STORES, INC.,** | |
| Plaintiff, | 8:20CV527 |
| vs. | |
| **BIERMAN CONTRACTING, INC.,** | ORDER |
| Defendant/Third Party Plaintiff, | |
| vs. | |
| **AVV PLASTERING, INC.** | |
| Third Party Defendant. | |

The parties have advised the court by email that they have conferred and agreed to a stay of case progression until they conduct mediation. Accordingly,

**IT IS ORDERED**:

1. All remaining case progression deadlines are stayed pending the outcome of mediation.
2. The parties shall notify the Court within 7-days of when they schedule a mediation date and shall advise the Court of the outcome of mediation within 7-days after it takes place.
3. If mediation is unsuccessful, the parties shall provide the undersigned magistrate judge with a proposed schedule for reinstatement of case progression deadlines within 14-days after mediation takes place.

Dated this 20th day of September, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge