IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HOBBY LOBBY STORES, INC., | |
| Plaintiff, | 8:20CV527 |
| vs. | |
| BIERMAN CONTRACTING, INC., | ORDER OF DISMISSAL |
| Defendant, | |
| vs. | |
| AVV Plastering, Inc. | |
| Third-Party Defendant. | |

This matter comes before the Court on the parties' Joint Stipulation for Dismissal (Filing No. 38). The Court being advised in the premises finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

Dated this 7th day of April 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge